```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 08456
   ANTHONY FATA
   MICHELLE FATA                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-9366    SSN XXX-XX-7412

--------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/09/07 .

     2.  The case was converted to Chapter 7 without confirmation, 10/01/2007.

--------------------------------------------------------------------
CREDITOR NAME           CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                        PAID          PAID
--------------------------------------------------------------------
AMERICREDIT FINANCIAL   SECURED VEHIC         .00          .00            .00
ILLINOIS TITLE LOANS    SECURED VEHIC         .00          .00            .00
ARGENT II               UNSECURED       NOT FILED          .00            .00
COLUMBUS BANK & TRUST CA UNSECURED      NOT FILED          .00            .00
CREDIT ONE BANK         UNSECURED       NOT FILED          .00            .00
DEPENDON COLLECTION SERV UNSECURED      NOT FILED          .00            .00
FCNB                    UNSECURED       NOT FILED          .00            .00
FIRST PREMIER BANK      UNSECURED       NOT FILED          .00            .00
JEWEL FOOD STORES INC   UNSECURED       NOT FILED          .00            .00
KCA FINANCIAL SERVICES  UNSECURED       NOT FILED          .00            .00
KCA FINANCIAL SERVICES  UNSECURED       NOT FILED          .00            .00
KCA FINANCIAL SERVICES  UNSECURED       NOT FILED          .00            .00
NICOR GAS               UNSECURED       NOT FILED          .00            .00
TRIBUTE                 UNSECURED       NOT FILED          .00            .00
UNITED COLLECTIONS      UNSECURED       NOT FILED          .00            .00
         Summary of disbursements:
--------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER         TOTAL
--------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00          .00           .00
PRINCIPAL PAID          .00         .00          .00          .00           .00
INTEREST PAID           .00         .00          .00          .00           .00
TOTAL PAID              .00         .00          .00          .00           .00
The Debtor's attorney, JAMES A YOUNG & ASSOC      , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 01/14/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```